## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY | CASE NUMBER |
| PLAINTIFF(S)/PETITIONER(S) | CV 5:22-1458 CAS |
| v. | |
| JOF ENTERPRISE INC., ET AL. | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in an interested party.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

August 22, 2022
_____
Date

*Christina A. Snyder*
_____
United States District Judge/Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____ Andre Birotte, Jr. _____. On all documents subsequently filed in this case, please substitute the initials _____ AB _____ after the case number in place of the initials of the prior judge so that the case number will read: _____ 5:22-cv-01458 AB(SPx) _____.

This is very important because documents are routed to the assigned judge by means of the initials.

*cc:* ☐ *Previous Judge*   ☐ *Statistics Clerk*