Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (CA SBN 153467)
paul.stewart@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Phillip Horton
THE RAPACKE LAW GROUP, P.A.
3750 Birch Terrace
Davie, FL 33330
Telephone: (954) 951-0154 / Facsimile: (954) 206-0484
Email: andy@arapackelaw.com

Attorneys for Defendants
JOF ENTERPRISE, INC. and JAMES FINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>**STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Hon. André Birotte, Jr. |

Plaintiff Monster Energy Company ("Plaintiff" or "Monster") and Defendants JOF Enterprise Inc. and James Finney ("Defendants"), by and through their undersigned counsel, hereby enter into this Stipulation To Modify The Pretrial Scheduling Order, pursuant to Local Rule 7-1, as follows:

WHEREAS, the Court previously entered a Schedule for pretrial and trial dates for this case;

WHEREAS, the parties are currently in negotiations for a possible settlement of all disputes between them;

WHEREAS, both these settlement discussions and discovery in this matter have been unavoidably delayed due to the serious illness of the individual defendant;

WHEREAS, the parties therefore require additional time to continue their settlement discussions and complete discovery in this case; and

WHEREAS, the parties currently believe that extending the deadlines will allow the parties sufficient time to pursue settlement and potential resolution of their disputes, and to complete discovery if settlement efforts are unsuccessful.

The parties hereby stipulate and move the Court to amend the Pretrial Scheduling Order to enable the parties additional time to pursue settlement and complete fact discovery. The parties request that the schedule be amended as follows:

| Event | Date in Scheduling Order (Dkt. 32) | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | 5/5/2023 | 7/28/2023 |
| Opening Expert Witness Disclosures | 6/2/2023 | 8/25/2023 |

| Event | Date in Scheduling Order (Dkt. 32) | Proposed New Date |
|---|---|---|
| Rebuttal Expert Witness Disclosures | 6/30/2023 | 09/29/2023 |
| Expert Discovery Cut-Off | 7/28/2023 | 10/20/2023 |
| Last Day to Hear Motions | 8/25/2023 | 11/17/2023 |
| Deadline to Complete Settlement Conference | 9/8/2023 | 12/1/2023 |
| Trial Filings (first round) | 10/27/2023 | 1/19/2024 |
| Trial Filings (second round) | 11/3/2023 | 1/26/2024 |
| Final Pre-Trial Conf. | 11/17/2023 | 2/9/2024 |
| Trial | 12/5/2023 | 2/27/2024 |

THEREFORE, the parties respectfully request this Court adopt the proposed modification to the schedule for this case and extend dates in the current schedule as set forth in this stipulation.

                                        KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: April 12, 2023       By: */s/ Jacob R. Rosenbaum*
                                     Steven J. Nataupsky
                                     Lynda J. Zadra-Symes
                                     Paul A. Stewart
                                     Jacob R. Rosenbaum

                                Attorneys for Plaintiff,
                                MONSTER ENERGY COMPANY

|   |   |
|---|---|
| | THE RAPACKE LAW GROUP, P.A. |
| Dated: April 12, 2023 | By: */s/ Philip Horton* <br>      Phillip Horton |
| | Attorneys for Defendants <br> JOF ENTERPRISE, INC. and JAMES FINNEY |

**AUTHORIZATION FOR SIGNATURE**

The other signatory to this document concurs in this filing and has authorized the use of his signature.

/s/ *Jacob R. Rosenbaum*
Jacob R. Rosenbaum

56667392