1
2
3
4
5
6
7
8
9
10
11
12     IN THE UNITED STATES DISTRICT COURT
13    FOR THE CENTRAL DISTRICT OF CALIFORNIA
14

| MONSTER ENERGY COMPANY, a Delaware corporation, | ) Case No. 5:22-cv-01458-AB-SP |
|---|---|
| Plaintiff, | ) **ORDER GRANTING STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER** |
| v. | ) |
| JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual, | ) Hon. André Birotte, Jr. |
| Defendants. | ) |

The Court approves the parties' Stipulation and modifies the case schedule as follows:

| Event | New Deadline |
|---|---|
| Non-Expert Discovery Cut-Off | 7/28/2023 |
| Opening Expert Witness Disclosures | 8/25/2023 |
| Rebuttal Expert Witness Disclosures | 09/29/2023 |
| Expert Discovery Cut-Off | 10/20/2023 |
| Last Day to Hear Motions | 11/17/2023 |
| Deadline to Complete Settlement Conference | 12/1/2023 |
| Trial Filings (first round) | 1/19/2024 |
| Trial Filings (second round) | 1/26/2024 |
| Final Pre-Trial Conf. | 2/9/2024 at 11:00 a.m. |
| Trial | 2/27/2024 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: April 18, 2023

Honorable André Birotte, Jr.

-1-