Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (CA SBN 153467)
paul.stewart@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Phillip Horton
THE RAPACKE LAW GROUP, P.A.
3750 Birch Terrace
Davie, FL 33330
Telephone: (954) 951-0154 / Facsimile: (954) 206-0484
Email: phillip@arapackelaw.com

Attorneys for Defendants
JOF ENTERPRISE, INC. and JAMES FINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>**SECOND STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Hon. André Birotte, Jr. |

Plaintiff Monster Energy Company ("Plaintiff" or "Monster") and Defendants JOF Enterprise Inc. and James Finney ("Defendants"), by and through their undersigned counsel, hereby enter into this Second Stipulation To Modify The Pretrial Scheduling Order, pursuant to Local Rule 7-1, as follows:

WHEREAS, the Court previously entered a Schedule for pretrial and trial dates for this case;

WHEREAS, on April 12, 2023, the parties entered into a Stipulation to Modify the Pretrial Scheduling Order (Dkt. No. 24), in order to pursue negotiations for a possible settlement of all disputes between them;

WHEREAS, on April 18, 2023, the Court granted that Stipulation (Dkt. 25);

WHEREAS, the parties have continued to discuss settlement, and have exchanged a draft agreement;

WHEREAS, Monster has diligently pursued discovery in this case, and due to delays caused by the serious illness of the individual defendant, has been unable to meaningfully conduct discovery to date;

WHEREAS, Monster has initiated the meet and confer process under L.R. 37-1 regarding a discovery dispute, and has provided Defendants with Monster's portion of a Joint Stipulation regarding the discovery dispute;

WHEREAS, the parties require additional time to continue their settlement discussions and complete discovery in this case; and

WHEREAS, the parties currently believe that extending the deadlines will allow the parties sufficient time to pursue settlement and potential resolution of their disputes, and to complete discovery if settlement efforts are unsuccessful.

The parties hereby stipulate and move the Court to amend the Pretrial Scheduling Order to enable the parties additional time to pursue settlement and complete fact discovery. The parties request that the schedule be amended as follows:

| Event | Date in Scheduling Order (Dkt. 32) | Proposed New Date |
|---|---|---|
| Non-Expert Discovery Cut-Off | 7/28/2023 | 9/26/2023 |
| Opening Expert Witness Disclosures | 8/25/2023 | 10/24/2023 |
| Rebuttal Expert Witness Disclosures | 09/29/2023 | 11/28/2023 |
| Expert Discovery Cut-Off | 10/20/2023 | 12/19/2023 |
| Last Day to Hear Motions | 11/17/2023 | 01/16/2024 |
| Deadline to Complete Settlement Conference | 12/1/2023 | 01/30/2024 |
| Trial Filings (first round) | 1/19/2024 | 03/19/2024 |
| Trial Filings (second round) | 1/26/2024 | 03/26/2024 |
| Final Pre-Trial Conf. | 2/9/2024 | 04/12/2024 |
| Trial | 2/27/2024 | 04/30/2024 |

THEREFORE, the parties respectfully request this Court adopt the proposed modification to the schedule for this case and extend dates in the current schedule as set forth in this stipulation.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: June 30, 2023        By: /s/ Jacob R. Rosenbaum
                                 Steven J. Nataupsky
                                 Lynda J. Zadra-Symes
                                 Paul A. Stewart

-2-

| | | |
|---|---|---|
| 1 | | Jacob R. Rosenbaum |
| 2 | | Attorneys for Plaintiff, |
| 3 | | MONSTER ENERGY COMPANY |
| 4 | | |
| 5 | | THE RAPACKE LAW GROUP, P.A. |
| 6 | | |
| 7 | | |
| 8 | Dated: June 30, 2023 | By: /s/ Phillip Horton |
| 9 | | Phillip Horton |
| 10 | | Attorneys for Defendants |
| | | JOF ENTERPRISE, INC. and JAMES FINNEY |

**AUTHORIZATION FOR SIGNATURE**

The other signatory to this document concurs in this filing and has authorized the use of his signature.

        /s/ *Jacob R. Rosenbaum*
        Jacob R. Rosenbaum

56667392