Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (CA SBN 153467)
paul.stewart@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404/Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>**MONSTER ENERGY COMPANY'S MEMORANDUM OF POINTS AND AUTHORITES IN SUPPORT OF MOTION TO COMPEL DEFENDANTS TO PROVIDE RESPONSES TO INTERROGATORIES AND DOCUMENT REQUESTS**<br><br>HEARING:<br>July 25, 2023<br>10:00 a.m.<br>Courtroom 4<br><br>Discovery Document: Referred to Magistrate Judge Sheri Pym<br><br>Fact Discovery Cutoff: July 28, 2023<br>Pretrial Conference: February 9, 2024<br>Trial: February 27, 2024 |

PLEASE TAKE NOTICE that on July 25, 2023, at 10:00 a.m., or as soon thereafter as this matter may be heard, before the Honorable Sheri Pym in Courtroom 4 of the above entitled court, Monster Energy Company ("Plaintiff") will and hereby does move the Court for an order compelling JOF Enterprise Inc. and James Finney ("Defendants") to provide responses to Plaintiff's Interrogatories under Federal Rule of Civil Procedure 33 and to Plaintiff's Requests for Production of Documents under Federal Rule of Civil Procedure 34. Plaintiff further requests monetary sanctions equal to the reasonable expenses incurred in making the instant Motion, including attorneys' fees, pursuant Rule 37 of the Federal Rules of Civil Procedure.

This motion is brought pursuant to Local Rule 37-2 and Rules 33, 34, and 37 of the Federal Rules of Civil Procedure. This motion is based upon Defendants' failure to: (1) provide responses to Plaintiff's discovery requests, and (2) sign and return Defendants' portion of the Local Rule 37-2 Joint Stipulation to Plaintiff.

Pursuant to Local Rule 37-1, counsel for both parties met and conferred on May 31, 2023, but were unable to reach an agreement. Plaintiff subsequently prepared its portion of a Joint Stipulation in accordance with Local Rule 37-2 and provided said portion to defense counsel. Defendants failed to return their portions of the Joint Stipulation, thus necessitating the filing of this motion without an accompanying Joint Stipulation under Local Rule 37-2.4(b).

This motion is based on this Notice of Motion, the accompanying memorandum of points and authorities, the Declaration of Jacob Rosenbaum, corresponding exhibits, all pleadings and papers on file in this action, and upon such other matters as may be presented to the Court. Plaintiff is also lodging a proposed order for the Court's consideration.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 3, 2023

By: */s/ Jacob R. Rosenbaum*
    Steven J. Nataupsky
    Lynda J. Zadra-Symes
    Paul A. Stewart
    Jacob R. Rosenbaum

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY