IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>[~~PROPOSED~~] **ORDER GRANTING SECOND JOINT STIPULATION TO MODIFY THE PRETRIAL SCHEDULING ORDER**<br><br>Hon. André Birotte, Jr. |

This Court, having considered the parties' Second Joint Stipulation to Modify Pretrial Scheduling Order, and for good cause shown, hereby modifies the case schedule as follows:

| Event | New Deadline |
|---|---|
| Non-Expert Discovery Cut-Off | 9/26/2023 |
| Opening Expert Witness Disclosures | 10/24/2023 |
| Rebuttal Expert Witness Disclosures | 11/28/2023 |
| Expert Discovery Cut-Off | 12/19/2023 |
| Last Day to Hear Motions | 01/19/2024 |
| Deadline to Complete Settlement Conference | 01/30/2024 |
| Trial Filings (first round) | 03/19/2024 |
| Trial Filings (second round) | 03/26/2024 |
| Final Pre-Trial Conf. | 04/12/2024 at 11:00 a.m. |
| Trial | 04/30/2024 at 8:30 a.m. |

IT IS SO ORDERED.

Dated: July 5, 2023

_____
Honorable André Birotte, Jr.

-1-