Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (CA SBN 153467)
paul.stewart@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Phillip Horton
THE RAPACKE LAW GROUP, P.A.
3750 Birch Terrace
Davie, FL 33330
Telephone: (954) 951-0154 / Facsimile: (954) 206-0484
Email: phillip@arapackelaw.com

Attorneys for Defendants
JOF ENTERPRISE, INC. and JAMES FINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>**JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL AND RESET HEARING DATE**<br><br>Hon. Sheri Pym |

Plaintiff Monster Energy Company ("Plaintiff" or "Monster") and Defendants JOF Enterprise Inc. and James Finney ("Defendants"), by and through their undersigned counsel, hereby enter into this Joint Stipulation To Extend Defendant's Response To Plaintiff's Motion To Compel, pursuant to Local Rule 7-1, as follows:

WHEREAS, on July 03, 2023, Monster filed a Motion to Compel (the "Motion") (Dkt. No. 28);

WHEREAS, on July 10, 2023, the Court issued an Order Resetting Hearing Date on Motion to Compel resetting the hearing for August 01, 2023 and setting the due date for any opposition to the Motion on or before July 11, 2023 (Dkt. 31);

WHEREAS, the parties are still in settlement discussions with a possible resolution in sight; and

WHEREAS, Defendants are seeking additional time to respond to the Motion, if needed;

WHEREAS, the parties currently believe that extending the deadline will allow the parties sufficient time to pursue settlement and potential resolution of their disputes.

The parties hereby stipulate and move the Court to reset the hearing on Plaintiff's Motion to Compel to August 15, 2023, or the first available date thereafter, and reset the deadline for Defendants to respond to the motion to July 25, 2023.

THEREFORE, the parties respectfully request this Court extend the deadline and hearing date as set forth in this stipulation.

|   |   |
|---|---|
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: July 11, 2023 | By: */s/ Jacob R. Rosenbaum* <br> Steven J. Nataupsky <br> Lynda J. Zadra-Symes <br> Paul A. Stewart <br> Jacob R. Rosenbaum |
|   | Attorneys for Plaintiff, <br> MONSTER ENERGY COMPANY |
|   | THE RAPACKE LAW GROUP, P.A. |
| Dated: July 11, 2023 | By: */s/ Phillip Thomas Horton* <br> Phillip Thomas Horton |
|   | Attorneys for Defendants <br> JOF ENTERPRISE, INC. and JAMES FINNEY |

## AUTHORIZATION FOR SIGNATURE

The other signatory to this document concurs in this filing and has authorized the use of his signature.

/s/ *Jacob R. Rosenbaum*
Jacob R. Rosenbaum

56667392