IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEFENDANTS' TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO COMPEL AND RESET HEARING DATE**<br><br>Hon. Sheri Pym |

This Court, having considered the parties' Joint Stipulation To Extend Defendants' Response to Plaintiff's Motion To Compel and Reset Hearing Date and for good cause shown, it is hereby

ORDERED, that the Court vacates the hearing set for August 1, 2023, and resets the hearing for August 15, 2023 at 10:00 am. In light of this hearing date, any opposition to the motion to compel must be filed on or before July 25, 2023.

IT IS SO ORDERED.

Dated: July 14, 2023



_____
Honorable Sheri Pym