Steven J. Nataupsky (CA SBN 155913)
steven.nataupsky@knobbe.com
Lynda J. Zadra-Symes (CA SBN 156511)
lynda.zadrasymes@knobbe.com
Paul A. Stewart (CA SBN 153467)
paul.stewart@knobbe.com
Jacob R. Rosenbaum (CA SBN 313190)
jacob.rosenbaum@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiff
MONSTER ENERGY COMPANY

Phillip Horton
THE RAPACKE LAW GROUP, P.A.
3750 Birch Terrace
Davie, FL 33330
Telephone: (954) 951-0154 / Facsimile: (954) 206-0484
Email: phillip@arapackelaw.com

Attorneys for Defendants
JOF ENTERPRISE, INC. and JAMES FINNEY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONSTER ENERGY COMPANY, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual,<br><br>Defendants. | Case No. 5:22-cv-01458-AB-SP<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Hon. André Birotte, Jr. |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company and Defendants JOF Enterprise Inc. and James Finney, by and through their undersigned counsel, hereby stipulate to the immediate dismissal of all claims and defenses, with each party to bear its own costs and attorneys' fees.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: July 25, 2023      By: /s/ Jacob R. Rosenbaum
                              Steven J. Nataupsky
                              Lynda J. Zadra-Symes
                              Paul A. Stewart
                              Jacob R. Rosenbaum

Attorneys for Plaintiff,
MONSTER ENERGY COMPANY


THE RAPACKE LAW GROUP, P.A.


Dated: July 25, 2023      By: /s/ Phillip Horton
                              Phillip Horton

Attorneys for Defendants
JOF ENTERPRISE, INC. and JAMES FINNEY

-1-

**AUTHORIZATION FOR SIGNATURE**

The other signatory to this document concurs in this filing and has authorized the use of his signature.

/s/ *Jacob R. Rosenbaum*
Jacob R. Rosenbaum