AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court _____for the Central District of California_____ on the following

☑ Trademarks or    ☐ Patents.    ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>5:22-cv-01458 | DATE FILED<br>8/18/2022 | U.S. DISTRICT COURT<br>for the Central District of California |
|---|---|---|
| PLAINTIFF<br>Monster Energy Company, a Delaware corporation | | DEFENDANT<br>JOF ENTERPRISE INC., a Massachusetts corporation; and JAMES FINNEY, an individual |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 2,769,364 | 9/30/2003 | Monster Energy Company |
| 2 | 4,292,502 | 2/19/2013 | Monster Energy Company |
| 3 | 4,336,329 | 5/14/2013 | Monster Energy Company |
| 4 | 4,371,544 | 7/23/2013 | Monster Energy Company |
| 5 | 4,394,044 | 8/27/2013 | Monster Energy Company |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |
|---|---|
| | ☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation for Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) filed 7/25/2023. |

| CLERK<br>KIRY K. GRAY | (BY) DEPUTY CLERK<br>G. Kami | DATE<br>8/1/2023 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**    **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**    **Copy 4—Case file copy**

REPORT ON THE FILING OR DETERMINATION OF AN
ACTION REGARDING A PATENT OR TRADEMARK
(Continued)

| Docket No.<br>5:22-cv-01458 | Date Filed<br>8/18/2022 | U.S. District Court<br>For the Central District of California |
|---|---|---|
| **TRADEMARK NO.** | **DATE OF TRADEMARK** | **HOLDER OF TRADEMARK** |
| 4,482,659 | 02/11/2014 | Monster Energy Company |
| 4,482,660 | 02/11/2014 | Monster Energy Company |
| 4,542,107 | 06/3/2014 | Monster Energy Company |
| 4,546,402 | 06/10/2014 | Monster Energy Company |
| 5,402,465 | 02/13/2018 | Monster Energy Company |
| 5,622,925 | 12/04/2018 | Monster Energy Company |
| 5,628,025 | 12/11/2018 | Monster Energy Company |
| 5,633,094 | 12/18/2018 | Monster Energy Company |
| 5,783,086 | 06/18/2019 | Monster Energy Company |
| 5,820,901 | 07/30/2019 | Monster Energy Company |